**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2038*

September 14, 2026

Via ECF
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *Villareal Pardo v. Warden, E.C.D.F., et al.***
**No. 26-cv-11886 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in the above habeas action. Pursuant to the September 12, 2026 Order, ECF 2, we write to respectfully report that U.S. Immigration and Customs Enforcement ("ICE") has informed this Office that Petitioner was released from custody at 5:55 p.m. on September 13, 2026. We apologize that Petitioner was not released by the 9:49 a.m. deadline. Regrettably, the Office had issues with email communication over the weekend and inadvertently used the incorrect email address to initially inform ICE of the deadline. Again, we apologize for the delay in Petitioner's release.

Considering Petitioner's release, we respectfully request that the Court close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/Frances Bajada*
FRANCES BAJADA
Assistant United States Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office shall close this matter. **SO ORDERED**.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Dated: September 15, 2026

cc: Counsel of record (via ECF)